Wednesday,
February 16,
1859.

HUBBARD *v.* THE STATE.

APPEAL from the *Bartholomew* Circuit Court.

*Per Curiam.*—This was an indictment returned at the *April* term, 1852, for retailing spirituous liquors without license. Trial and conviction at the *October* term of that year. At the said *October* term, motions to dismiss for want of jurisdiction, and to quash the indictment, were severally overruled.

The motion to dismiss was correctly overruled. *Lichtenstein* v. *The State*, 5 Ind. R. 162.

The indictment did not state the quantity of liquor sold, nor for what price. The motion to quash should have been sustained. *Segur* v. *The State*, 6 Ind. R. 451.—*Divine* v. *The State*, 4 *id.* 240.

The judgment is reversed, &c.

*J. W. Chapman* and *J. B. Merriwether*, for the appellant.
*R. A. Reiley*, *N. B. Taylor*, and *J. Coburn*, for the state.